UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 AUG -8 AM 9: 13

CLERK _____ OF GA.

HATSON LOUIS

    Petitioner,

v.

MICHAEL PUGH, Warden,

    Respondent.

Case No. CV 305-77

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED** and this civil action is **CLOSED**.

    So ORDERED.

                                        JOHN F. NANGLE
                                      UNITED STATES DISTRICT JUDGE

Dated: August 5, 2005

# United States District Court
## Southern District of Georgia

Hatson Louis _____ )

vs _____ ) CASE NUMBER CV305-77

Michael Pugh _____ ) DIVISION DUBLIN

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/8/05 _____, which is part of the official record of this case.

Date of Mailing: 8/8/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: Wprescott
Deputy Clerk

Name and Address

Hatson Louis REG#35352-004 McRae Correcional Institute 1000 A. Jim Hammock Dr. Mcrae, Ga. 31055

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate